People v Santiago (2025 NY Slip Op 05261)

People v Santiago

2025 NY Slip Op 05261

Decided on October 1, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 1, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ANGELA G. IANNACCI
CHERYL E. CHAMBERS
CARL J. LANDICINO, JJ.

2019-10457
 (Ind. No. 960/18)

[*1]The People of the State of New York, respondent,
v
Steven Santiago, appellant.

Steven Santiago, Stormville, NY, appellant pro se.
Susan Cacace, White Plains, NY (Jill Oziemblewski and Raffaelina Gianfrancesco of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 12, 2021 (People v Santiago, 194 AD3d 853), affirming a judgment of the County Court, Westchester County, rendered August 7, 2019.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., IANNACCI, CHAMBERS and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court